**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MILFORD MAXWELL,

                Plaintiff,

-v-

CITY OF NEW YORK, et al.,

                Defendants.



08 cv 1606 (GBD)

ORDER

GEORGE B. DANIELS, District Judge:

    The Court orders that the Pro Se Office seek counsel for plaintiff in accordance with the Pro Bono Panel's procedures. Plaintiff made a written application for counsel to this Court on June 13, 2008.

    Plaintiff's case will be placed on a list that the Pro Se Office circulates to attorneys who are members of the Pro Bono Panel of the Court. It may take some time for this list to circulate. There are no funds to retain counsel in civil cases, therefore the panel relies on volunteers. If an attorney decides to take plaintiff's case, that attorney will contact plaintiff directly. There is no guarantee, however, that a volunteer attorney will decide to take the case. The Court will proceed with the case in accordance with the case management plan and scheduling order. The Court will also periodically review whether any attorney has expressed an interest in plaintiff's case. If no attorney volunteers to take the case, plaintiff will proceed with the case on his own, pro se.

    Plaintiffs appearing pro se should direct any questions to the Pro Se Office at 500 Pearl Street, Room 230 (telephone (212) 637-0175).

Dated: June 24, 2008
       New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge