



**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

SUSAN M. HALATYN
*Senior Counsel*
Tel (212)788-1194
Fax (212) 788-9776
shalatyn@law.nyc.gov

September 4, 2008

**SO ORDERED**

*George B Daniels*

**HON. GEORGE B. DANIELS**

SEP 0 5 2008

**BY FAX**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Milford Maxwell v. The City of New York, et al.*, 08-DV-1606 (GBD)

Your Honor:

Last year, the Special Federal Litigation Division of the New York City Law Department began a Federal Litigation Clinic in conjunction with Brooklyn Law School. Six Student Law Interns worked at the Law Department under my direct supervision, handling four matters in the Southern District of New York and four matters in the Eastern District of New York. With me, the interns handled the court appearances, including status and settlement conferences; engaged in discovery, serving and responding to Interrogatories and Document Requests and taking and defending depositions; settled matters; and made a dispositive motion.

As we enter the second year of our clinic, we have identified the above-referenced case as a matter that we would like to assign to clinical interns Kevin Weinman and Steven Silverberg, who would be working directly under my supervision. This case, currently assigned to Maurice Hudson of our office, is in the early stages of the litigation: the City and Officer Fernandes will respond to the complaint on or before September 18, 2008. Upon information and belief, defendant officer Aiken has not been served yet with the Summons and Amended Complaint.

If Your Honor consents to this designation, the interns will submit their S.D.N.Y. Law Student Intern Appearance Forms, I will put in an appearance, and the interns and I will begin handling this matter.

Thank you for your consideration.

Respectfully submitted,

Susan M. Halatyn
Senior Counsel


cc:    Mr. Milford Maxwell, Jr. (By First Class Mail)
       Plaintiff *pro se*
       51 MacDougal St., #207
       New York, NY 10012

- 2 -